IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT ROUSE,<br><br>   Plaintiff,<br><br>v.<br><br>OZARK MOTOR LINES, INC.,<br>SHEDRACK ALBERT SLUSHER,<br>TRAVELERS PROPERTY<br>CASUALTY COMPANY OF<br>AMERICA, XYZ CORPORATION(S)<br>1-3, and JOHN DOE(S) 1-3<br><br>   Defendants. | CIVIL ACTION FILE<br>NO.: |

## NOTICE OF REMOVAL

COME NOW defendants Ozark Motor Lines, Inc. ("Ozark"), Shedrack Albert Slusher ("Slusher"), and Travelers Property Casualty Company of America ("Travelers"), and file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully showing this Court the following:

1.

On February 28, 2022, plaintiff Robert Rouse filed suit against Ozark, Slusher, and Travelers in the State Court of Fulton County, State of Georgia. A copy of the complaint and summons is attached hereto as Exhibit "A."

2.

Removal is appropriate under 28 U. S. C. § 1332(a) because: (1) the amount in

controversy exceeds $75,000, exclusive of interest and costs; and (2) there is complete diversity between the plaintiff and defendants.

3.

In his complaint, plaintiff seeks to recover for personal injuries allegedly sustained as a result of a motor vehicle accident that occurred on August 11, 2020, in Fulton County, Georgia.

4.

The complaint alleges that plaintiff has incurred $86,820.58 in past medical expenses as a result of the August 11, 2020. (Compl. ¶ 16). Accordingly, the amount in controversy exceeds $75,000 as required under 28 U.S.C. § 1332(a).

5.

The thirty-day removal period does not begin to run until a defendant has been formally served with process. Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347 (1999).

6.

Defendant Travelers was served with process on March 2, 2022.

7.

Defendants Ozark and Slusher have not yet been served with process, but have expressly consented to the removal of this action.

8.

Defendants' Notice of Removal is timely and the matter and amount in controversy requirement of 28 U.S.C. § 1332 is satisfied.

9.

According to plaintiff's complaint, he is a citizen and resident of the State of Georgia. (Complaint ¶1).

10.

Defendant Ozark is a Tennessee corporation with a principal place of business in Memphis, Tennessee. (Complaint ¶ 2). Ozark's citizenship is therefore established in the State of Tennessee for diversity of citizenship purposes. See 28 U.S.C. § 1332(c) (providing that a corporation is deemed to be a citizen of every state in which it was incorporated, as well as the state in which it maintains its principal place of business).

11.

Defendant Slusher is a citizen and resident of Memphis, Tennessee, as alleged in plaintiff's complaint. (Complaint ¶ 3).

12.

Defendant Travelers is a Connecticut corporation with a principal place of business in Hartford, Connecticut. (Complaint ¶ 4). Travelers' citizenship is therefore established in the State of Connecticut for diversity of citizenship purposes. See 28 U.S.C. § 1332(c) (providing that a corporation is deemed to be a

citizen of every state in which it was incorporated, as well as the state in which it maintains its principal place of business).

13.

Attached hereto as Exhibit "B" and made a part hereof by reference is a true copy of the Notice of Removal filed by defendants in the State Court of Fulton County, Georgia.

14.

Attached hereto as Exhibit "C" are copies of all pleadings served upon defendants in this case.

WHEREFORE, defendants Ozark, Slusher, and Travelers pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 31st day of March, 2022.

                                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                        */s/ Lauren P. Kamensky*
                                        _____
                                        Calvin P. Yaeger
                                        Georgia Bar No. 797952
                                        Lauren P. Kamensky
                                        Georgia Bar No. 937929
                                        *Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199

calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## CERTIFICATE

Defendants in the case of <u>Robert Rouse v. Ozark Motor Lines, Inc., Shadrack Albert Slusher, Travelers Property Casualty Company of America, XYZ Corporations 1-3 and John Does 1-3,</u> Civil Action File No. 22EV001280, in the State Court of Fulton County, Georgia, have given notice of the filing of the foregoing notice of removal to plaintiff Robert Rouse, and his attorneys, by mailing a copy of the notice to Morgan and Morgan Atlanta, PLLC , and have filed a copy of the Notice of Removal with the Clerk of the State Court of Fulton County, Georgia, in accordance with the provisions of Title 28, United States Code, §1446, Judiciary and Judicial Procedure, as amended.  The undersigned, Lauren P. Kamensky, attorney for defendants hereby certifies to the truthfulness and correctness of the above statement.

This 31st day of March, 2022.

                                                 **SWIFT, CURRIE, MCGHEE & HIERS, LLP**

                                                 */s/ Lauren P. Kamensky*
                                                 _____
                                                 Calvin P. Yaeger
                                                 Georgia Bar No. 797952
                                                 Lauren P. Kamensky
                                                 Georgia Bar No. 937929
                                                 *Attorneys for Defendants*

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 874-8800
Facsimile:  (404) 888-6199
calvin.yaeger@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that she has filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF-GA e-file and serve system which will send email notification of said filing to the following attorneys of record:

Natalie C. Foster
MORGAN & MORGAN ATLANTA PLLC
191 Peachtree Street, N.E.
P.O. Box 57007
Atlanta, Georgia 30343

This 31st day of March, 2022.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren P. Kamensky*

_____

Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorneys for Defendant*

1355 Peachtree Street, NE.
The Peachtree, Suite 300
Atlanta, GA  30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
david.atkinson@swiftcurrie.com
lauren.kamensky@swiftcurrie.com

4857-3217-1033, v. 1