

# Notice of Service of Process

**LYN / ALL**
**Transmittal Number: 24558916**
**Date Processed: 03/03/2022**

| | |
|---|---|
| Primary Contact: | Sharon Brooks - MS 08-A<br>The Travelers Companies, Inc.<br>One Tower Square<br>Rm 8MS<br>Hartford, CT 06183-0001 |

| | |
|---|---|
| **Entity:** | Travelers Property Casualty Company of America<br>Entity ID Number  2317459 |
| **Entity Served:** | Travelers Property Casualty Company Of America |
| **Title of Action:** | Robert Rouse vs. Ozark Motor Lines, Inc. |
| **Matter Name/ID:** | Robert Rouse vs. Ozark Motor Lines, Inc. (12064270) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Fulton County State Court, GA |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 03/03/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Morgan & Morgan Atlanta PLLC<br>404-965-1699 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

GEORGIA, FULTON COUNTY     DO NOT WRITE IN THIS SPACE

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 67351933
Date: Feb 28 2022 12:00AM
Christopher G. Scott, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

---

ROBERT ROUSE
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
2 Sun Court
Peachtree Corners    GA    30092

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Natalie C. Foster, Esq.
Address: 191 Peachtree St. NE Suite 4200
City, State, Zip Code: Atlanta, GA 30343     Phone No.: 404-965-1699

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

---

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.
_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____. _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 67351933
Date: Feb 28 2022 12:00AM
Christopher G. Scott, Chief Clerk
Civil Division

IN THE STATE COURT FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ROBERT ROUSE,** | CIVIL ACTION |
| **Plaintiff,** | FILE NO: |
| vs. | |
| **OZARK MOTOR LINES, INC., SHEDRACK ALBERT SLUSHER, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, XYZ CORPORATION(S) 1-3, and JOHN DOE(S) 1-3,** | JURY TRIAL DEMANDED |
| **Defendants.** | |

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW ROBERT ROUSE, Plaintiff in the above-styled action, by and through his undersigned counsel of record, and files this, his Complaint for Damages and shows the Court the following:

### PARTIES AND JURISDICTION

1.

Plaintiff ROBERT ROUSE is an adult resident of the State of Georgia.

2.

Defendant OZARK MOTOR LINES, INC. ("Defendant Ozark") is a foreign profit corporation doing business in the State of Georgia. Defendant Ozark may be served through its Registered Agent Jason Higginbotham at 3934 Homewood Rd., Memphis, Tennessee, 38118.

3.

Defendant SHEDRACK ALBERT SLUSHER is a citizen and resident of the State of Tennessee, whose last known residence is 5154 McKellar Woods Dr Apt 8, Memphis, Tennessee,

1

38116. Defendant SHEDRACK ALBERT SLUSHER is subject to the jurisdiction of this Court under O.C.G.A. § 9-10-91 and may be served by personal service of the Summons and Complaint at that address.

4.

Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Defendant Travelers") is a foreign insurance company organized and existing under the laws of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut, 06183. Therefore, Defendant Travelers is a resident of Connecticut. Defendant Travelers may be served with legal process by serving its Registered Agent Corporation Service Company at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Once served, Defendant Travelers is subject to the jurisdiction and venue of this Court.

5.

Defendants XYZ Corporation(s) 1-3 are owners, operators, managers, contractors, vendors, and the like whom are culpable corporate defendants associated with this action. They have not been identified at the time of filing of this complaint. Plaintiff reserves the right to amend this original complaint as the identities of these parties becomes available.

6.

Defendants John Doe(s) 1-3 are any unknown individuals associated with this action. They have not been identified at the time of filing of this complaint. Plaintiff reserves the right to amend this original complaint as the identities of these parties becomes available.

7.

Venue as to Defendants is proper in the State Court of Fulton County, Georgia under O.C.G.A. § 40-12-3, as the underlying collision occurred in Fulton County, GA.

## FACUTAL BACKGROUND AND ALLEGATIONS

8.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 7 above as if the same were restated herein verbatim.

9.

On August 11, 2020, Plaintiff ROBEERT ROUSE was a rear seated passenger in a Dodge Charger that was moving in a prudent and careful manner, traveling southbound on Interstate 85 in Fulton County.

10.

At or about that same time, Defendant SHEDRACK ALBERT SLUSHER was driving a tractor trailer traveling South on Interstate 85, directly behind the Dodge Charger in which Plaintiff ROBERT ROUSE was a passenger, when he negligently, recklessly, carelessly, and unlawfully operated said vehicle so as to rear-end the Dodge Charger.

11.

Defendant SHEDRACK ALBERT SLUSHER was operating the truck on behalf of DefendanOzark within the scope of his employment with Defendant Ozark.

12.

At all times Defendant Travelers provided liability insurance coverage to Defendant Ozark for this collision under the policy number TC2J-CAP-9519B456-TIL-20.

## COUNT ONE: NEGLIGENCE
## DEFENDANT SHEDRACK ALBERT SLUSHER

13.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 12 above as if the same were restated herein verbatim.

3

14.

At all relevant times, Defendant SHEDRACK ALBERT SLUSHER owed certain civil duties to ROBERT ROUSE, and, notwithstanding those duties, the Defendant SHEDRACK ALBERT SLUSHER did violate them in the following particulars:

a. In failing to make reasonable and proper observations while driving Defendant Ozark's tractor trailer or, if reasonable and proper observations were made, failing to act thereon;

b. In failing to make timely and proper application of its brakes in violation of O.C.G.A. § 40-6-241;

c. In failing to observe or undertake the necessary precautions to keep the Ozark's tractor trailer from colliding with the Plaintiff's vehicle in violation of O.C.G.A § 40-6-390;

d. In driving the Ozark's tractor trailer without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

e. In driving the Ozark's tractor trailer in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and,

f. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

15.

Defendant SHEDRACK ALBERT SLUSHER's violations of the aforementioned statutory duties of care constitute negligence and negligence *per se*.

16.

As a direct and proximate result of the aforesaid negligence and breaches of duty by

Defendant SHEDRACK ALBERT SLUSHER suffered substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to his body and nervous system, personal inconvenience, plus an inability to lead a normal life. As a result of the subject collision, ROBERT ROUSE has incurred the following in past medical expenses:

| MEDICAL RECORDS AND BILLS OF: | Robert Rouse | |
|---|---|---|
| **Provider** | **Date(s) of Service** | **Total Amount** |
| 1. Surgery Center of Roswell | 05/17/2021 - 05/17/2021 | $56,184.33 |
| 2. Georgia Spine & Orthopaedics | 08/25/2020 - 06/03/2021 | $26,246.25 |
| 3. Atlanta Clinical Research Center | 03/10/2021 - 03/10/2021 | $2,020.00 |
| 4. American Health Imaging | 09/15/2020 - 09/15/2020 | $2,370.00 |
| **Total Medical Specials** | | **$86,820.58** |

## COUNT TWO: NEGLIGENT HIRING OR RETENTION
## DEFENDANT OZARK and XYZ CORPORATION(S) 1-3

17.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 16 above as if the same were restated herein verbatim.

18.

Defendant Ozark and/or XYZ Corporation(s) 1-3 had a duty to use reasonable care to select an employee who was competent and fit to perform the duties required of an employee.

5

19.

Defendant Ozark and/or XYZ Corporation(s) 1-3 knew, or should have known, that Defendant SHEDRACK ALBERT SLUSHER would be likely to operate the vehicle in an unsafe manner.

20.

Defendant Ozark and/or XYZ Corporation(s) 1-3 breached their duty to use reasonable care to select and retain an employee that was competent and fit for the position to operate the Ozark's tractor trailer.

21.

As a result of Defendant Ozark and/or XYZ Corporation(s) 1-3's negligence in hiring and retaining Defendants SHEDRACK ALBERT SLUSHER and John Doe(s) 1-3, Plaintiff was directly and proximately injured incurring medical expenses.

## COUNT THREE: RESPONDEAT SUPERIOR
## DEFENDANTS OZARK and XYZ CORPORATION(S) 1-3

22.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 21 above as if the same were restated herein verbatim.

23.

The negligence of Defendant SHEDRACK ALBERT SLUSHER and/or John Doe(s) 1-3 and any other employees, and/or actual agents, and/or apparent agents and/or ostensible agents, and/or independent contractors of Defendant Ozark and/or XYZ Corporation(s) 1-3, acting within the scope of their employment was a contributing and proximate cause to the injuries and damages suffered by Plaintiff.

24.

As such, Defendant Ozark and XYZ Corporation(s) 1-3 are liable in damages to Plaintiff under the theory of *Respondeat Superior* for the ordinary negligence of its agents, employees, and servants while acting within the scope of their employment.

## COUNT FOUR: DIRECT ACTION
## DEFENDANT TRAVELERS

25.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 24 above as if fully restated.

26.

Defendant Travelers is subject to a direct action as the insurer for Defendant Ozark, pursuant to O.C.G.A. § 40-2-140 or its predecessor § 46-7-12.1.

27.

Defendant Travelers was the insurer of Defendant Ozark at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate and interstate transportation.

28.

Defendant Travelers and Defendant Ozark are subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

29.

Defendant Travelers is responsible for any judgment rendered against Defendant Ozark and Defendant SHEDRACK ALBERT SLUSHER up to its policy limits of coverage.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendants as provided by law;

(c) That Plaintiff have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of his injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(d) That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

(e) That this matter be tried to a jury;

(f) That all costs be cast against the Defendants; and

(g) For such other and further relief as this Court deems just and appropriate.

This 28th day of February 2022.

Respectfully submitted,

_/s/ Natalie C. Foster_
NATALIE C. FOSTER
Georgia Bar No. 942180
Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
191 Peachtree Street, N.E.
P.O. Box 57007
Atlanta, Georgia 30343
Tel: (404) 965-1699
Fax: (470) 639-6890
ncfoster@forthepeople.com